Skip Funt, Appellant, v Human Resources Administration of the City of New York, Respondent.

Submitted August 1, 2011; decided October 18, 2011

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 782 (2011)].